AO 91 (REV.5/85) Criminal Complaint  AUSA Rajnath Laud (312) 469-6306

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
October 19, 2010
OCT 19 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

JORGE RAMIREZ-LOPEZ

**CRIMINAL COMPLAINT**

CASE NUMBER: MAGISTRATE JUDGE DENLOW

**10CR 0885**

UNDER SEAL

I, the undersigned complainant, being duly sworn on oath, state that the following is true and correct to the best of my knowledge and belief. On or about August 22, 2010, at Chicago, in the Northern District of Illinois, Eastern Division, JORGE RAMIREZ-LOPEZ, defendant herein,

being an alien, who previously had been deported and removed from the United States on or about May 24, 2010, December 9, 2005, April 28, 1999, and August 4, 1997, was found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security, for reapplication by defendant for admission into the United States;

in violation of Title 8, United States Code, Section 1326(a) and Title 6, United States Code, Section 202(4). I further state that I am a Deportation Officer with the Bureau of Immigration and Customs Enforcement ("ICE") and that this complaint is based on the facts contained in the Affidavit which is attached hereto and incorporated herein.

_____
Signature of Complainant
WALDEMAR ALVAREZ
Deportation Officer, U.S. Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence,

October 19, 2010                               at   Chicago, Illinois
Date                                                City and State


MORTON DENLOW, U.S. Magistrate Judge          _____
Name & Title of Judicial Officer                Signature of Judicial Officer

| | |
|---|---|
| UNITED STATES DISTRICT COURT | ) |
| | ) ss |
| NORTHERN DISTRICT OF ILLINOIS | ) |

## AFFIDAVIT

I, WALDEMAR ALVAREZ, being duly sworn, state as follows:

1. I am a Deportation Officer with the United States Bureau of Immigration and Customs Enforcement ("ICE"), and have been so employed for 10 years. I am a member of an investigative unit within ICE that specializes in the apprehension of criminal aliens. I work in conjunction with other law enforcement agencies in reviewing cases involving aliens who are charged with or convicted of criminal offenses. I have received training concerning immigration-related laws, policies, and procedures, including those related to the reentry of previously deported aliens.

2. This affidavit is submitted in support of a criminal complaint alleging that Jorge Ramirez-Lopez (hereinafter "RAMIREZ-LOPEZ") has violated 8 U.S.C. § 1326(a), Reentry of Removed Alien, by being present and found in the United States after having been deported, and is subject to the enhanced penalty provision set forth in 8 U.S.C. § 1326(b)(2) because RAMIREZ-LOPEZ previously was deported following conviction for an aggravated felony. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint and arrest warrant charging RAMIREZ-LOPEZ with illegal reentry, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary

to establish probable cause to believe that RAMIREZ-LOPEZ committed the offense stated in the complaint.

3. This affidavit is based on my personal knowledge, information provided to me by other law enforcement agents and officers and by others persons identified in this affidavit, and my review of records maintained by ICE, other components of the Department of Homeland Security (DHS), and other government agencies.

4. According to DHS records, RAMIREZ-LOPEZ is a native and citizen of Mexico and has no claim to United States citizenship or lawful residence. DHS records reflect that RAMIREZ-LOPEZ was born in Mexico on June 28, 1978 and originally entered the United States at or near Nogales, Arizona, in or about May 1990.

5. Records maintained by the Circuit Court of Cook County, Illinois reflect that on or about June 27, 2007, RAMIREZ-LOPEZ, under the name of Marcial Ramirez, was convicted of unlawful possession of a weapon, an aggravated felony, and sentenced to 3 years of imprisonment.

6. DHS records further reflect that on or about May 24, 2010, defendant was deported from the United States to Mexico at Laredo, Texas.

7. DHS records reflect that defendant also was deported to Mexico on or about December 9, 2005, April 28, 1999, and August 4, 1997.

8. Additionally, DHS records reflect that defendant has not applied for or received permission to reenter the United States.

9.     On or about August 22, 2010, RAMIREZ-LOPEZ was arrested by the Chicago Police Department for a traffic violation. At the time of his arrest, defendant gave the name Juan Salazar. Defendant was fingerprinted and photographed and then released. After his release, the Chicago Police Department learned from a fingerprint match that defendant had previously been removed from the United States. On or about September 22, 2010, the Chicago Police Department informed DHS of defendant's arrest and release.

10.     A fingerprint comparison conducted by the Federal Bureau of Investigations Fingerprint Identification Branch on or about September 30, 2010 has established that defendant RAMIREZ-LOPEZ is the same person who arrested on August 22, 2010, under the name Juan Salazar, and that he is same person who was deported from the United States to Mexico on or about May 24, 2010.

11.     A fingerprint comparison conducted by the Federal Bureau of Investigations Fingerprint Identification Branch on or about September 30, 2010 has established that defendant RAMIREZ-LOPEZ is the same person who was deported from the United States to Mexico on or about December 9, 2005.

12.     A fingerprint comparison conducted by the Federal Bureau of Investigations Fingerprint Identification Branch on or about September 30, 2010 has established that defendant RAMIREZ-LOPEZ is the same person who was deported from the United States to Mexico on or about April 28, 1999.

3

13. A fingerprint comparison conducted by the Federal Bureau of Investigations Fingerprint Identification Branch on or about September 30, 2010 has established that defendant RAMIREZ-LOPEZ is the same person who was deported from the United States to Mexico on or about August 4, 1997.

14. Additionally, a fingerprint comparison conducted by the Federal Bureau of Investigations Fingerprint Identification Branch has verified that defendant is the same person convicted of unlawful possession of a weapon, in the Circuit Court of Cook County, Illinois on or about June 27, 2007, under the name of Marcial Ramirez.

FURTHER AFFIANT SAYETH NOT.

_____
WALDEMAR ALVAREZ
Deportation Officer, Bureau of
Immigration and Customs
Enforcement


SUBSCRIBED AND SWORN to before me on October 19, 2010.

_____
MORTON DENLOW
United States Magistrate Judge